THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARGO YATES WILLIAMS, | § | CIVIL ACTION NO. 4:09CV 2554 |
| PLAINTFF | § | JURY TRIAL DEMANDED |
| | § | |
| V. | § | |
| | § | |
| IBRAHIM EL NIHUM, MD, TEXAS | § | |
| BRAIN & SPINE INSTITUTE AND | § | |
| JONATHAN A. FRIEDMAN, MD | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW**, Margo Yates-Williams, plaintiff in the above captioned and entitled cause and pursuant to the Federal Rules of Civil Procedure would file the following Certificate of Interested Parties and would show the following as interested parties:

1. Margo Yates-Williams, plaintiff, by and through her attorneys of record, Rockne Onstad, The Onstad Law Firm, 119 Ranch Road, 620 South, Austin, Texas, 78734 and Jennifer L. House, co-counsel for plaintiff, Bingham, Mann House & Gibson, 1415 Louisiana, #3300, Houston, Texas, 77002.

2. Dr. Jonathan A. Friedman and Texas Brain & Spine Institute, by and through their attorneys of record, John R. Shepperd and Marjorie Cohen, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 5847 San Felipe, Suite #2300,Houston, Texas 77057 and:

3. Dr. Ibrahim El Nihum, by and through his attorneys of record, Don Karotkin and Adam Pollack, (of counsel) Karotkin & Associates, 675 Bering Drive, Suite 660, Houston, Texas, 77057.

**Respectfully Submitted,**

By: "s/Jennifer L. House"
 Rockne Onstad
 The Onstad Law firm
 Texas Bar No. 15291000
 Southern District Federal ID No. 7074
 119 Ranch road, 620 South
 Austin, Texas 78734
 Telephone No: 512.263.7600
 Facsimile:  512.263.7800

 Jennifer L. House
 Bingham Mann House & Gibson
 Texas Bar No. 16519200
 Southern District Federal ID No. 57338
 Wedge International Towner
 1415 Louisiana, Suite #3300
 Houston, Texas 77002
 Telephone No: 713.357.9860
 eFax:  713.559.3014

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2009, a true and correct copy of the foregoing instrument was served, as follows:

Via Facsimile

**DON KAROTKIN-Counsel for Dr. El Nihum**
**Karotkin & Associates**
**Texas Bar No:  11101300**
**Southern District Federal ID No.  479**
**675 Bering Dr., Suite 660**
**Houston, Texas 77057**
**Telephone No:  713.963.0533**
**Facsimile:  713.963.0544**

ADAM D. POLLOCK
Of Counsel, Karotkin & Associates
Texas Bar No: 24046644
Southern District Federal ID No. 581971
Telephone: 713-963-0533
Facsimile: 713-963-0544

JOHN R. SHEPPERD-Counsel for Texas Brain & Spine Institute and Jonathan A. Friedman, MD
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Texas Bar No: 18236050
Southern District Federal ID No: 8605
5847 San Felipe, suite 2300
Houston, Texas 77057
Telephone: 713.353.2000
Facsimile: 713.785.7780

MARJORIE COHEN-Associate Counsel for Texas Brain & Spine Institute and Jonathan A. Friedman, MD.
Of Counsel, Wilson, Elser, Moskowitz Edelman & Dicker, LLP
TBN: 24031960
Fed ID: 34303
5847 San Felipe, Suite 2300
Houston, Texas 77057
Telephone: 713.353.2000
Facsimile: 713.785.7780

By: "s/Jennifer L. House"
Jennifer L. House

3