IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARGO YATES-WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2554 |
| | § | |
| IBRAHIM EL NIHUM, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The College Station Medical Center has requested a premotion conference to address discovery issues, most of which relate to the deposition of Brandi Knight scheduled for July 8, 2010. That deposition must be postponed. A premotion conference on all the discovery issues is scheduled for **July 14, 2010 at 5:00 p.m.** in Courtroom 11-B.

SIGNED on July 6, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge