IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARGO YATES-WILLIAMS, | § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-09-2554 |
| | § | |
| IBRAHIM EL NIHUM, *et al.*, | § § | |
| Defendants. | § | |

## ORDER

The plaintiff has asked for clarification of the deadline for its response to the College Station Medical Center's motion to protect one document under the medical committee and peer review privileges. Although July 1, 2010—21 days after the hospital's motion—would be the ordinary response date, the plaintiff correctly points out that this court had previously stated that her response was not due until after Brandi Knight is deposed. That revised deadline remains appropriate. The plaintiff's response is due within 14 days after Knight's deposition.

SIGNED on July 8, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge